AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
Western District of Oklahoma

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| DOLORES M. PITTMAN | ) | Case Number: 21-MJ-285STE; 9247335; 9247333 |
| | ) | USM Number: |
| | ) | EVAN WATSON |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 16:668ddf50CFR27.84 | Interfere w/law enforcement official on duty, Class A misdem | 5/8/2021 | 1 |
| 16:668ddf50CFR28.31 | Enter/remain on NWR under influence, Class B misdem. | 5/8/2021 | 2 |
| 16:668ddf50CFR28.31 | Possession of alcohol on NWR, a Class B misdemeanor | 5/8/2021 | 3 |

The defendant is sentenced as provided in pages 1 through __1__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)   (1), (2) and (3)   ☐ is   ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

7/14/2021
Date of Imposition of Judgment

*/s/ Shon T. Erwin*
Signature of Judge

SHON T. ERWIN, U.S. MAGISTRATE JUDGE
Name and Title of Judge

7/14/2021
Date